IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | Case No. 2:10-CR-00021 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| QIANG "MICHAEL" BI, | : | |
| Defendant. | : | |

## RESTITUTION ORDER

This matter is before the Court on the U.S. Probation Officer's Supplemental Addendum to the Presentence Report. The Court hereby orders the Defendant Qiang "Michael" Bi to make restitution to the following payees in the amounts listed below:

| Name of Payee | Address of Payee | Amount of Restitution Ordered |
|---|---|---|
| Activision<br>Attn: Phil Terzian | 3100 Ocean Park Boulevard<br>Santa Monica, CA 90405 | $59,286.80 |
| Atrinsic<br>Attn: Adam Weinstein | 469 7th Avenue, 10th Floor<br>New York, NY 10018 | $5,163.37 |
| Big Fish Games, Inc.<br>Attn: Tina Bondy | 333 Elliott Avenue W.<br>Seattle, WA 98119 | $25,847.52 |
| Topics Entertainment<br>Attn: Carlene Valesquez | 3401 Lind Avenue SW<br>Renton, WA 98057 | $15,852.07 |
| Popcap Games<br>Attn: Robert Chamberlain | 2401 4th Avenue, Suite 300<br>Seattle, WA 98121 | $43,263.00 |
| Frogwares Ireland, Ltd.<br>Attn: Wael Amr | 22 Northumberland Road<br>Hallsbridge Dublin 4<br>Ireland | $579.42 |

The total amount of restitution is **$149,992.18.**

**IT IS SO ORDERED.**

s/Algenon L. Marbley
ALGENON L. MARBLEY
United States District Court Judge

DATED: February 1, 2012